# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JOHN SCOTT ROBLYER,    :  No. 14 MM 2016

        Petitioner    :

        v.    :

COMMONWEALTH OF PENNSYLVANIA,  :

        Respondent    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of March, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.